**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| DANIEL EARL WILBANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:13CV167 |
| | ) |
| C/O ROBBIE SIMMONS, | ) |
| | ) |
| Defendant. | ) |

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

On August 8, 2014, the undersigned United States Magistrate Judge ordered that action on Defendant's Motion for Summary Judgment (Docket Entry 20) be deferred to give Plaintiff an opportunity to file a validly executed affidavit in support of his opposition to said Motion. (Docket Entry 29 at 20.) Plaintiff has now submitted an affidavit that complies with 28 U.S.C. § 1746. (See Docket Entry 30.) Furthermore, for the reasons set out in the previous Order (see Docket Entry 29 at 13-19), Plaintiff's Affidavit would allow a fact finder to conclude that Defendant intentionally applied force to Plaintiff in an unnecessary and malicious fashion in contravention of the Eight Amendment.

**IT IS THEREFORE RECOMMENDED** that Defendant's Motion for Summary Judgment (Docket Entry 20) be denied.

                                          /s/ L. Patrick Auld
                                             **L. Patrick Auld**
                         **United States Magistrate Judge**

August 18, 2014