IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DANIEL EARL WILBANKS,            )
                                 )
            Plaintiff,           )
                                 )
v.                               )      1:13cv167
                                 )
C/O ROBBIE SIMMONS,              )
                                 )
            Defendant.           )

## **ORDER**

On August 18, 2014, the Recommendation of the United States Magistrate Judge (Doc. 31) was filed and a copy mailed to the parties in the case pursuant to 28 U.S.C. § 636. No objections were received within the time prescribed by section 636.

The court need not, therefore, conduct a *de novo* review, and the Recommendation of the Magistrate Judge is hereby adopted.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment (Doc. 20) is DENIED.

                                    /s/   Thomas D. Schroeder
                                    United States District Judge

September 9, 2014